United States Courts Southern
District of Texas
FILED

*November 30, 2022*

Nathan Ochsner, Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CRIMINAL NO. 4:20-cr-452-S** |
| | § | |
| | § | |
| **WILLIAM DEXTER LUCAS** | § | |
| **a.k.a. Bill Lucas** | § | |
| **DEBORAH JEAN LUCAS** | § | |
| **BRIAN MICHAEL CORPIAN** | § | |

## SECOND SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

### (Conspiracy to Commit Bank and Wire Fraud – 18 U.S.C. § 1349)

### I.    INTRODUCTION

At all times relevant to this Indictment:

### A.    Defendants and Jesus Survives Ministries, Inc.

1.    The defendant, WILLIAM DEXTER LUCAS, a.k.a Bill Lucas, was a resident of Richmond, Texas, in the Southern District of Texas.

2.    The defendant, DEBORAH JEAN LUCAS, was a resident of Richmond, Texas, in the Southern District of Texas.

3.    The defendant, BRIAN MICHAEL CORPIAN, was a resident of Richmond, Texas, in the Southern District of Texas.

4.    Jesus Survives Ministries is registered as a Texas corporation, whose Articles of Incorporation were filed on or about March 31, 2020. Article 4 of the Articles of Incorporation stated that Jesus Survives Ministries, Inc. ("JSM") was organized for non-profit purposes, that is, to establish and maintain a church. The Articles also stated that the officers of the corporation were the Lead Pastor and members of the Pastoral Leadership Team. WILLIAM DEXTER LUCAS was named the President of JSM, and the Vice President and Secretary of JSM was BRIAN MICHAEL CORPIAN.  WILLIAM DEXTER LUCAS held himself out as the Lead Pastor of JSM.  BRIAN MICHAEL CORPIAN also identified himself as a Pastor and Ministry Director. DEBORAH JEAN LUCAS (who is married to WILLIAM DEXTER LUCAS) also represented that she was a Pastor at JSM.

5.    DEBORAH JEAN LUCAS was named as the new Registered Agent of JSM on or about May 5, 2020. This change was executed by WILLIAM DEXTER LUCAS. The registered office was transferred from the residential property located at 7036 Dairy Ashford, Houston, Texas, to the residential property located at 20134 Larkspur Landing, Richmond, Texas.

**B.    Car Dealerships**

6.    Spring Branch Honda, located in Houston, Texas in the Southern District of Texas, sold new and used cars and often assisted customers in obtaining car loans.

2

7.     As part of the car loan funding process, Spring Branch Honda collected personal information from prospective customers, including, but not limited to, customers' social security numbers, gross income, current home addresses, and other information required by financial institutions to fund car loans. If the financial institution approved the transaction, the customer would complete closing paperwork, including paperwork for the sale itself and the car loan financing.

8.     Classic Chevrolet Sugar Land, located in Sugar Land, Texas in the Southern District of Texas, sold new and used cars and often assisted customers in obtaining car loans.

9.     As part of the car loan funding process, Classic Chevrolet Sugar Land collected personal information from prospective customers, including, but not limited to, customers' social security numbers, gross income, current home addresses, and other information required by financial institutions to fund car loans. If the financial institution approved the transaction, the customer would complete closing paperwork, including paperwork for the sale itself and the car loan financing.

10.     Don McGill Toyota, located in Houston, Texas in the Southern District of Texas, sold new and used cars and often assisted customers in obtaining car loans.

11.    As part of the car loan funding process, Don McGill Toyota collected personal information from prospective customers, including, but not limited to, customers' social security numbers, monthly income, pay stubs, current home addresses, and other information required by financial institutions to fund car loans. If the financial institution approved the transaction, the customer would complete closing paperwork, including paperwork for the sale itself and the car loan financing.

12.    Sterling McCall Toyota, located in Houston, Texas in the Southern District of Texas, sold new and used cars and often assisted customers in obtaining car loans.

13.    As part of the car loan funding process, Sterling McCall Toyota collected personal information from prospective customers, including, but not limited to, customers' social security numbers, monthly income, pay stubs, current home addresses, and other information required by financial institutions to fund car loans. If the financial institution approved the transaction, the customer would complete closing paperwork, including paperwork for the sale itself and the car loan financing.

14.    Big O Dodge, located in Greensboro, South Carolina, sold new and used cars and often assisted customers in obtaining car loans.

15.    As part of the car loan funding process, Big O Dodge collected

4

personal information from prospective customers, including, but not limited to, customers' social security numbers, monthly income, pay stubs, current home addresses, and other information required by financial institutions to fund car loans. If the financial institution approved the transaction, the customer would complete closing paperwork, including paperwork for the sale itself and the car loan financing.

### C.    The Small Business Administration and the CARES Act

16.    The United States Small Business Administration ("SBA") was an executive-branch agency of the United States government that provided support to entrepreneurs and small businesses. The SBA enabled and provided for loans through banks, credit unions, and other lenders that had government-backed guarantees. The SBA also provided direct loans.

17.    On or about March 27, 2020, the Coronavirus Aid, Relief, and Economic Security ("CARES") Act was enacted to provide emergency financial assistance to the millions of Americans suffering adverse economic effects caused by the COVID-19 pandemic. The CARES Act established several new temporary programs and provided for expansion of others, including programs created and/or administered by the SBA. The CARES Act included the Paycheck Protection Program and enhanced the Economic Injury Disaster Loan Program.

### *Paycheck Protection Program*

18.     One source of relief provided by the CARES Act was the authorization

of up to $349 billion in forgivable loans to small businesses for job retention and

certain other expenses through the Paycheck Protection Program (the "PPP"). The

PPP provided for government guaranteed loans which were designed to provide a

direct incentive for small businesses to keep their workers on the payroll by

providing small businesses with funds to pay up to 8 weeks of payroll costs,

including benefits. On April 24, 2020, the Paycheck Protection Program and Health

Care Enhancement Act was signed into law, authorizing over $300 billion in

additional PPP funding. On June 5, 2020, the Paycheck Protection Program

Flexibility Act ("PPPFA") was signed into law, amending certain terms of the PPP.

19.     In order to obtain a PPP loan, a qualifying business was required to

submit a PPP loan application, which was signed by an authorized representative of

the business. The PPP loan application required the business (through its authorized

representative) to acknowledge the program rules and make certain affirmative

certifications in order to be eligible to obtain the PPP loan. In the PPP loan

application, the small business (through its authorized representative) was required

to state, among other things, its: (i) average monthly payroll expenses; and (ii)

number of employees. These figures were used to calculate the amount of money

the small business was eligible to receive under the PPP. In addition, businesses

applying for a PPP loan were required to provide documentation showing their payroll expenses.

20. PPP loan proceeds were required to be used by the business on certain permissible expenses: payroll costs, interest on mortgages, rent, and utilities. The PPP allowed the interest and principal on the PPP loan to be entirely forgiven if the business spent the loan proceeds on these expense items within a designated period of time after receiving the proceeds and used a certain amount of the PPP loan proceeds on payroll expenses.

21. A PPP loan application was required to be processed by a federally insured depository institution or other approved lender ("lender"). If a PPP loan application was approved, the lender funded the PPP loan using its own moneys, which were 100% guaranteed by the SBA. Data from the application, including information about the borrower, the total amount of the loan, and the listed number of employees, was transmitted by the lender to the SBA in the course of processing the loan.

22. The Federal Deposit Insurance Corporation (FDIC) is an agency of the federal government which insures the deposits of member banks against loss with the purpose of preventing their collapse and instilling public confidence in the nation's banking institutions. Wallis Bank, Allegiance Bank, and Ally Bank are financial institutions the deposits of which were insured by the FDIC.

23.    Faith-based organizations were eligible to receive SBA loans under the PPP. Churches and other houses of worship qualified for PPP loans as long as they met the requirements of Section 501(c)(3) of the Internal Revenue Code, and all other PPP requirements. Such organizations were not required to apply to the IRS to receive tax-exempt status.

24.    Section 501(c)(3) of the Internal Revenue Code, found at Title 26, United States Code, Section 501(c)(3), identifies certain corporations which may be designated as tax exempt by the Internal Revenue Service (IRS) under specific circumstances. Organizations described in Section 501(c)(3) are commonly referred to as charitable organizations. To be tax-exempt under Section 501(c)(3) of Title 26, an organization must be organized and operated exclusively for exempt purposes as described in 501(c)(3), and none of its earnings may inure to any private shareholder or individual.

### Economic Injury Disaster Loan Program

25.    The Economic Injury Disaster Loan ("EIDL") program was an SBA program that provided low-interest financing to small businesses, renters, and homeowners in regions affected by declared disasters.

26.    The CARES Act authorized the SBA to provide EIDLs to eligible small businesses experiencing substantial financial disruptions due to the COVID-19 pandemic. In addition, the CARES Act authorized the SBA to issue advances of up

to $10,000 to small businesses. The amount of the advance was determined by the number of employees the applicant certified having reported under penalty of perjury. The advances did not have to be repaid.

27.    In order to obtain an EIDL and advance, a qualifying business was required to submit an application to the SBA and provide information about its operations, such as the number of employees, gross revenue for the 12-month period preceding the disaster, and cost of goods sold in the 12-month period preceding the disaster. In the case of EIDLs for COVID-19 relief, the 12-month period was that preceding January 31, 2020. The applicant was also required to certify that all of the information in the application was true and correct to the best of the applicant's knowledge under the penalty of perjury.

28.    EIDL applications were submitted directly to the SBA and processed by the agency with support from a government contractor, Rapid Finance. The amount of the loan, if the application was approved, was determined based, in part, on the information provided in the application concerning the number of employees, gross revenue, and cost of goods, as described above. Any funds issued under an EIDL or advance were issued directly by the SBA. EIDL funds were permitted to be used for payroll expenses, sick leave, production costs, and business obligations, such as debts, rent, and mortgage payments. If the applicant also obtained a loan under the PPP, the EIDL funds were not permitted to be used for the same purpose

as the PPP funds.

## II.    THE SCHEME

29.    The purpose of the scheme was for the Defendants to make false statements and use false documents regarding JSM to fraudulently obtain loan proceeds.

## III.    MANNER AND MEANS OF THE SCHEME

30.    It was part of the scheme for WILLIAM DEXTER LUCAS, DEBORAH JEAN LUCAS, and BRIAN MICHAEL CORPIAN to make false statements regarding their payroll from JSM in submitting car loan applications to banks.

31.    It was part of the scheme for WILLIAM DEXTER LUCAS to make false certifications in applications for EIDLs in the name of JSM submitted to the SBA.

32.    It was part of the scheme for WILLIAM DEXTER LUCAS to make false certifications regarding JSM in his application for an EIDL in his name submitted to the SBA.

33.    It was part of the scheme for WILLIAM DEXTER LUCAS to make false certifications in his application for a PPP loan in the name JSM submitted to Wallis Bank and the SBA.

34.    It was part of the scheme for WILLIAM DEXTER LUCAS to prepare

and submit documents designed to give the appearance to Wallis Bank that JSM was, and had been, a solvent and thriving religious organization.

35.    It was part of the scheme for WILLIAM DEXTER LUCAS to prepare and submit documents to Wallis Bank designed to convince the bank that JSM was an employer, making payroll and withholding taxes from its employees' wages, including the submission of false Employer's Quarterly Federal Tax Return forms 941 and alleged payroll records for JSM.

36.    It was part of the scheme for WILLIAM DEXTER LUCAS to send accusatory and intimidating text messages and emails to bankers at Wallis Bank who were reviewing his PPP loan submission, regarding the bank's alleged failure to review and fund the loan quickly.

37.    It was part of the scheme for WILLIAM DEXTER LUCAS to make false certifications in his application for a PPP loan in the name JSM submitted to Allegiance Bank and the SBA.

38.    It was part of the scheme for WILLIAM DEXTER LUCAS, DEBORAH JEAN LUCAS, and BRIAN MICHAEL CORPIAN to participate in preparing and submitting falsified documents to Allegiance Bank in support of applications for PPP loans in the name of JSM.

39.    It was part of the scheme for WILLIAM DEXTER LUCAS, DEBORAH JEAN LUCAS, and BRIAN MICHAEL CORPIAN to prepare and

submit documents designed to give the appearance to Allegiance Bank that JSM was, and had been, a solvent and thriving religious organization.

40.    It was part of the scheme for WILLIAM DEXTER LUCAS, DEBORAH JEAN LUCAS, and BRIAN MICHAEL CORPIAN to prepare and submit documents to Allegiance Bank designed to convince the bank that JSM was an employer, making payroll and withholding taxes from its employees' wages, including the submission of false Employer's Quarterly Federal Tax Return forms 941 and alleged payroll records for JSM.

41.    It was part of the scheme for WILLIAM DEXTER LUCAS, DEBORAH JEAN LUCAS, and BRIAN MICHAEL CORPIAN to prepare and submit documents to substantiate that the residence located at 20134 Larkspur Landing, Richmond, Texas, was leased for JSM including a lease agreement, as well as an altered TXU Energy bill for that address which falsely reflected the account holder was JSM.

42.    It was part of the scheme for WILLIAM DEXTER LUCAS to send accusatory and intimidating emails to a banker at Allegiance Bank who was reviewing their PPP loan submissions, regarding the bank's alleged failure to review and fund the loan quickly.

43.    It was part of the scheme for WILLIAM DEXTER LUCAS to file false reports under the penalty of perjury to the Federal Trade Commission and claim that

his debts associated with car loans were due to his being a victim of identity theft.

## IV.    THE CONSPIRACY

44.    From in or about February 2017 and continuing through on or about, June 9, 2020, in the Southern District of Texas and elsewhere, the Defendants

WILLIAM DEXTER LUCAS
a.k.a. Bill Lucas
DEBORAH JEAN LUCAS
BRIAN MICHAEL CORPIAN

and others known and unknown to the grand jury, did knowingly conspire and agree with one another to commit the following offenses against the United States:

a. To knowingly execute and attempt to execute a scheme and artifice to defraud financial institutions the accounts of which were insured by the Federal Deposit Insurance Corporation (FDIC) and the SBA, to obtain money, funds, and property under the custody and control of the financial institution, by means of false and fraudulent pretenses, representations, and promises in violation of Title 18, United States Code, Section 1344.

b. To knowingly devise and intend to devise a scheme and artifice to defraud, and for obtaining money by means of materially false and fraudulent pretenses, representations, and promises, and to knowingly use and cause to be used interstate wire communications facilities in carrying out the scheme to defraud, in violation of Title 18, United States Code, Section 1343.

13

All in violation of Title 18, United States Code, Section 1349.

V.    **ACTS IN FURTHERANCE OF THE SCHEME**

The following acts, among others, occurred in the Southern District of Texas and elsewhere during the period of the scheme to defraud on or about the following dates:

### *Car Loan Applications*

1)    February 21, 2017, DEBORAH JEAN LUCAS and WILLIAM DEXTER LUCAS cause to be submitted a credit application to American Honda Finance Corporation and Honda Lease Trust to secure a loan for the purpose of purchasing a 2017 Honda Accord from Spring Branch Honda by falsely stating DEBORAH JEAN LUCAS earned $4,166 per month and WILLIAM DEXTER LUCAS earned $7,500 per month as employees for JSM.

2)    February 12, 2018, WILLIAM DEXTER LUCAS caused to be submitted a credit application to Ally Bank to secure a loan for the purpose of purchasing a 2017 Chevrolet Camaro from Classic Chevrolet Sugar Land by falsely stating he earned $144,000 per year as a full-time pastor for JSM.

3)    February 13, 2018, WILLIAM DEXTER LUCAS caused to be submitted a credit application to Ally Bank to secure a loan for the purpose of purchasing a 2017 Chevrolet Camaro from Classic Chevrolet Sugar Land by falsely stating he earned $4,000 per month as a full-time associate pastor for JSM.

4)    November 6, 2018, WILLIAM DEXTER LUCAS caused to be

submitted a credit application to Ally Bank to secure a loan for the purpose of purchasing a 2018 Chevrolet Silverado from Classic Chevrolet Sugar Land by falsely stating he earned $144,000 per year as a full-time pastor for JSM.

5)  December 12, 2018, WILLIAM DEXTER LUCAS caused to be submitted a credit application to Ally Bank to secure a loan for the purpose of purchasing a 2019 Toyota Tundra from Sterling McCall Toyota by falsely stating he earned $12,000 per month as a senior pastor for Jesus Services Ministries [sic]. As part of his application to secure a loan for the 2019 Toyota Tundra, WILLIAM DEXTER LUCAS provided Sterling McCall Toyota a copy of his driver's license and a false paystub from JSM stating he earned $6,000 for the pay period 11/24/2018 – 12/08/2018 and $138,000 for the year through pay date 12/11/2018.

6)  December 11, 2019, DEBORAH JEAN LUCAS caused to be submitted a credit application to Ally Bank to secure a loan for the purpose of purchasing a 2020 Toyota Corolla from Don McGill Toyota by falsely stating that she earned $3,300 per month as an assistant pastor for JSM. As part of her application to secure a loan for the 2020 Toyota Corolla, DEBORAH JEAN LUCAS provided Don McGill Toyota a copy of her driver's license and a false paystub from JSM stating she earned $3,250 for reporting period 11/18/2019 – 12/04/2019 and $74,750 for the year through pay date 12/04/2019.

7)  May 15, 2020, WILLIAM DEXTER LUCAS caused to be submitted a

credit application to secure a loan for the purpose of purchasing a 2020 Dodge Ram 1500 from Big O Dodge by falsely stating he earned $9,584 per month as a full-time pastor for JSM.

8)  May 15, 2020, DEBORAH JEAN LUCAS caused to be submitted a credit application to secure a loan for the purpose of purchasing a 2020 Dodge Ram 1500 from Big O Dodge by falsely stating he earned $9,583 per month as a associate minister for JSM.

### *Identity Theft Reports*

9)    February 20, 2020, WILLIAM DEXTER LUCAS caused a false identity theft report ending in reference number 5182 to be filed with the FTC falsely claiming that debts attributed to him were due to him being a victim of identity theft. WILLIAM DEXTER LUCAS commented in the identity theft report the following: "Starting in January 2011 to 2019 I have been in and out of the country for job related reasons. While I was out of the country, someone had gotten a hold of my social security number and ended up going around town trying to get auto loans, cell phones and school loans, school loans, credit card loans, and other loans such as for appliances and jewelry. These loans and inquires on my credit do not belong to me and are fraudulent."

10)    March 3, 2020, WILLIAM DEXTER LUCAS caused a false identity theft report ending in reference number 7606 to be filed with the FTC falsely

claiming that debts attributed to him were due to him being a victim of identity theft. WILLIAM DEXTER LUCAS commented in the identity theft report the following: "Starting in January 2011 to 2019 I have been in and out of the country for job related reasons. While I was out of the country someone had gotten a hold of my social security number and used it to obtain auto loans, cell phones, school loans, credit card loans and other fraudulent actions such as obtaining or trying to obtain three Chapter 7 and one Chapter 13 Bankruptcies. I certify that I, William D Lucas and never tried to file for any bankruptcy at any time in my life."

11)    May 15, 2020, WILLIAM DEXTER LUCAS caused a false identity theft report ending in reference number 6004 to be filed with the FTC falsely claiming that debts attributed to him were due to him being a victim of identity theft. WILLIAM DEXTER LUCAS commented in the identity theft report the following: "I have been out of the country on business related matters since January 2018 and when I returned on May 15, 2020 I discovered that someone has been trying to use my identity to shop around town for auto loans and other various [sic] loans that I did not authorize."

### EIDL Applications

12)    March    31, 2020, WILLIAM DEXTER LUCAS and BRIAN MICHAEL CORPIAN caused JSM to be registered with the Texas Secretary of State as a domestic nonprofit corporation.

13)    March 31, 2020, WILLIAM DEXTER LUCAS caused to be submitted an EIDL application ending in 6889 to SBA for JSM. In connection with EIDL application ending in 6889, WILLIAM DEXTER LUCAS affirmed the false statement that JSM had gross revenues of $969,843 for twelve months prior to January 31, 2020.

14)    April 1, 2020, WILLIAM DEXTER LUCAS and BRIAN MICHAEL CORPIAN caused a Texas Franchise Tax Account to be established in the name of JSM.

15)    April 2, 2020, WILLIAM DEXTER LUCAS caused to be a submitted EIDL application ending in 0012 to SBA for JSM. In connection with EIDL application ending in 0012, WILLIAM DEXTER LUCAS affirmed the false statement that JSM had gross revenues of $969,843 for twelve months prior to January 31, 2020.

16)    April 3, 2020, WILLIAM DEXTER LUCAS caused to be a submitted EIDL application ending in 3655 to SBA for JSM. In connection with EIDL application ending in 3655, WILLIAM DEXTER LUCAS affirmed the false statement that JSM had gross revenues of $969,843 for twelve months prior to January 31, 2020.

17)    April 6, 2020, WILLIAM DEXTER LUCAS caused to be a submitted EIDL application ending in 2487 to SBA for William Lucas as a sole proprietor of

a faith-based organization. In connection with EIDL application ending in 2487, WILLIAM DEXTER LUCAS affirmed the false statement that he earned gross revenues of $850,000 for twelve months prior to January 31, 2020.

18)    April 10, 2020, WILLIAM DEXTER LUCAS caused to be a submitted EIDL application ending in 0334 to SBA for JSM. In connection with EIDL application ending in 0334, WILLIAM DEXTER LUCAS affirmed the false statement that JSM had gross revenues of $850,000 for twelve months prior to January 31, 2020.

19)    May 11, 2020, WILLIAM DEXTER LUCAS caused a call to be made to SBA regarding EIDL application ending in 6889 in which "[c]ustomer called to check status" of the EIDL application.

20)    May 12, 2020, WILLIAM DEXTER LUCAS caused a call to be made to SBA regarding EIDL application ending in 6889 in which "[c]lient called and is extremely upset regarding timing.  wants to know if they are getting the advance. also thinks we are discriminating against churches."

21)    May 15, 2020, WILLIAM DEXTER LUCAS caused a call to be made to SBA regarding EIDL application ending in 6889 in which "[a]pplicant called to check the status of the application.  Applicant veri[fi]ed his SS# and email address."

22)    May 15, 2020, WILLIAM DEXTER LUCAS caused a call to be made to SBA regarding EIDL application ending in 6889 in which "[a]pplicant is

concerned everyone is getting their money and he has not."

23)    May 21, 2020, WILLIAM DEXTER LUCAS caused a call to be made to SBA regarding EIDL application ending in 6889 in which applicant, William Lucas, confirmed that he applied for an EIDL with the SBA. Applicant William Lucas was then requested to answer identity verification questions. Applicant William Lucas, needed from 30 seconds up to 3 minutes to respond to identity verification questions, with someone seemingly coached responses from the background. Applicant William Lucas stated, "his business account was closed suddenly unexpectedly" and he was only able to re-open one business account.

24)    May 21, 2020, WILLIAM DEXTER LUCAS caused an email to be sent from rustydog777@gmail.com to the SBA regarding EIDL application ending in 6889 with a voided check from Radius Bank for an account in the name of William Lucas and Deborah Lucas at 20134 Larkspur Landing, Richmond, Texas 77404. The email address rustydog777@gmail.com is associated with BRIAN MICHAEL CORPIAN.

25)    May 22, 2020, WILLIAM DEXTER LUCAS caused a call to be made to the SBA regarding EIDL application ending in 6889 by a person claiming to be William Lucas but with a voice that sounded female, wanting to know the status of the application.

26)    June 9, 2020, WILLIAM DEXTER LUCAS caused an email to be sent

from jesussurvives@gmail.com to the SBA regarding EIDL application ending in 6889 advising that the electronic disbursement application contained an incorrect routing number for Woodforest Bank.

### *PPP Loan Application to Wallis Bank*

27)　　April 6, 2020, WILLIAM DEXTER LUCAS caused to be submitted through Wallis Bank, a falsified loan application for PPP guaranteed loan for JSM for the stated purpose of payroll, lease payments, utilities, and miscellaneous operating expenses.

28)　　April 6, 2020, WILLIAM DEXTER LUCAS caused to be submitted through Wallis Bank, an amended falsified loan application for a PPP guaranteed loan for JSM for the stated purpose of payroll, lease payments, utilities, and miscellaneous operating expenses.

29)　　April 6, 2020, WILLIAM DEXTER LUCAS, in the amended loan application to Wallis Bank, falsely certified that JSM was in operation on February 15, 2020, and had employees for whom it paid salaries and payroll taxes or paid independent contractors, as reported on Form(s) 1099-MISC.

30)　　April 6, 2020, WILLIAM DEXTER LUCAS falsely certified the information provided in the loan application to Wallis Bank and the information in the supporting documents and forms was true and accurate in all material respects.

31)　　April 6, 2020, WILLIAM DEXTER LUCAS caused to be submitted to

Wallis Bank in support of the PPP loan application, a letter from the IRS which had been altered to make it appear that IRS had assigned Employer Identification Number, xx-xxx4065 to JSM in 2015.

32)    April 6, 2020, WILLIAM DEXTER LUCAS caused a copy of a falsified Texas Commercial Lease Agreement between CORPIAN as landlord and William LUCAS on behalf of JSM and Deborah J. LUCAS as tenants to be submitted to Wallis Bank in support of the PPP loan application.

33)    April 6, 2020, WILLIAM DEXTER LUCAS caused to be submitted to Wallis Bank a copy of a falsified Department of Homeland Security Form I-9, Employment Eligibility Verification, from employer JSM for WILLIAM D. LUCAS, which was dated May 15, 2012.

34)    April 6, 2020, WILLIAM DEXTER LUCAS caused to be submitted to Wallis Bank a copy of a falsified Department of Homeland Security Form I-9, EmploymentEligibility    Verification, from employer JSM for BRIAN M. CORPIAN, which was dated May 15, 2012.

35)    April 6, 2020, WILLIAM DEXTER LUCAS caused to be submitted to Wallis Bank a copy of a falsified Department of Homeland Security Form I-9, Employment Eligibility Verification, from employer JSM for DEBORAH J. LUCAS, which was dated May 12, 2012.

36)    April 6, 2020, WILLIAM DEXTER LUCAS caused to be submitted to

Wallis Bank in support of a PPP loan application, a TXU Energy bill for account xxxxxxxx3693 which had been altered to make it appear the customer name on TXU account xxxxxxxx3693 was JSM.

37)    April 6, 2020, WILLIAM DEXTER LUCAS caused falsified pay records from JSM in the names Deborah J. Lucas and William Lucas to be submitted to Wallis Bank in support of the PPP loan application.

38)    April 6, 2020, WILLIAM DEXTER LUCAS caused a falsified 2020 Employer's Quarterly Federal Tax Return Form 941 and four 2019 Employer's Quarterly Federal Tax Return Forms 941 in the name of JSM, using EIN xx-xxx4065 to be submitted to Wallis Bank in support of the PPP loan application.

39)    April 6, 2020, WILLIAM DEXTER LUCAS caused to be submitted to Wallis Bank in support of a PPP loan, falsified documents which purported to be Statements of Activity from years 2017 through 2019 for JSM.

40)    April 6, 2020, WILLIAM DEXTER LUCAS caused to be submitted to Wallis Bank in support of a PPP loan, a falsified document titled "Personal Financial Statement of: William Lucas as of 01/10/2020," which purported to be authored by a CPA.

41)    April 6, 2020, WILLIAM DEXTER LUCAS caused to be submitted to Wallis Bank, a commercial account application for the opening of a commercial bank account for JSM using Taxpayer Identification Number (TIN) xx- xxx4065.

As part of his commercial account application, WILLIAM DEXTER LUCAS submitted supporting documents, including an altered TXU Energy bill for account xxxxxxxx3693 with JSM as the customer name, a voter registration card for WILLIAM DEXTER LUCAS, and a falsified Texas Commercial Lease Agreement between CORPIAN as landlord and William LUCAS on behalf of JSM and Deborah J. LUCAS as tenants.

42)     April 7, 2020, WILLIAM DEXTER LUCAS electronically signed and caused to be submitted to Wallis Bank, an Account Agreement for a small business account for JSM using TIN xx-xxx4065.

43)     April 8, 2020, WILLIAM DEXTER LUCAS at 10:34 am caused an email to be sent from email account twl@jesussurvives.com to a Wallis banker, M.G., asking "Tell me something great today, please?"

44)     April 8, 2020, WILLIAM DEXTER LUCAS at 10:35 am caused an email to be sent from email account twl@jesussurvives.com to a Wallis banker, N.K., stating, "Please tell me something great today. I heard yesterday that my loan finished review?"

45)     April 9, 2020, WILLIAM DEXTER LUCAS at 2:29 pm caused an email to be sent from e_wizz@icloud.com to a Wallis banker, J.H., asking "Where are we at? Bill Lucas Jesus Survives Ministries."

46)     April 13, 2020, WILLIAM DEXTER LUCAS at 3:29 pm caused an



email to be sent from email account twl@jesussurvives.com to email account

SBA.PPP1@wallisbank.com, stating "Please return all of my loan documentation. I

am instructing our attorney to file a lawsuit against your bank. I will be filing a

complaint with the SBA and I will be slamming you on the internet. Every time you

come up with some other ridiculous item you need, you use it as an excuse to delay

my loan another few days. That is why you loan officers or underwriters don't talk

to customers. You people have hurt my church and caused me great harm. I promise

you that no whatever I have to do, you will not get away with it."

47)    April 14, 2020, WILLIAM DEXTER LUCAS beginning at 6:43 pm

caused text messages from the cellular phone number ending in 4310 to Wallis

banker J.H.'s cellular phone:

"So now I'm on the full jerk him off list?"

"I don't know why if your bank doesn't want to do the loan for my church,

they just don't say so. I feel like your bank is just begging for a nasty lawsuit."

"I have several friends who applied for these loans and were funded in 4-5

days."

"I didn't get mad at your bank until they told me yesterday that they needed a

document they already have and the SBA doesn't require. Coincidently, every

time your bank asks me for something, I am put off another two to three days.

It doesn't take a financial genius to understand that no one is attempting to

fund my loan right now. All I can say is that I hope your CEO doesn't come crying to me when my congregation and myself start slamming the bank publicly."

"Your chief lending officer and you may think I can't hurt that bank but I give you my word to God, I'm going to make it my life's mission to destroy your banks reputation."

"And trust me on this one sir, I blame you more than anyone else at that sorry bank."

After Wallis banker J.H. attempted to end the text conversation on April 14, 2020, WILLIAM DEXTER LUCAS texted the following from the cellular phone number ending in 4310 to J.H.'s cellular phone:

"Seriously, what were you expecting? Me waiting until the program goes broke so you could use that excuse? I'll say it again, why didn't you just tell me that you were prioritization loans in favor of larger loans and favored customers? How would you feel if you were treated like an idiot?"

"What kind of bank tells you that they don't know who is working on your loan and or it's status?"

"What kind of bank lies to you? You think I can't call the SBA's lender line and ask questions? You think I can't find out with the SBA was if you have gone through the first step with my loan? You should be thanking God that

I'm not suing you personally."

"11 days in to this and the SBA doesn't even know that I applied at your bank. Regardless of how many applications your bank received, there is no excuse for your bank and you, screwing me around the way you have. I'm really pissed off. Your bank hurt me, my family and the people at my ministry who rely on it to support them and their families. This is war!!!!!"

"If you had told me the truth, I would already have been funded elsewhere. Sleep on that one, scumbag!"

"I curse you, your bank and you whole family. May all misfortune in this world, fall upon you all."

48)    April 14, 2020, WILLIAM DEXTER LUCAS at 11:54 pm caused an email to be sent to Wallis bankers W.D., N.K., A.D., D.B., R.B., and G.O., with the subject line "You extremists think I am playing with you. You started a war and I guarantee you that your not walking away unscathed." The body of email included the following: "Pastor William Lucas is filing a class action complaint against Wallis Bank today for prioritizing its lending clients and denying or restricting access to the PPP Program to its depository clients and other small businesses... Instead of seeing this program as the relief for small businesses that it is, Defendant Wallis Bank instead privileged discriminatory policies of corporate greed and Muslim Extremist hatred over the needs of America's small businesses...

It is no secret that the ownership of Wallis bank is heavily influenced by radical Muslims with a hatred for all Americans… Indeed, WALLIS BANK has denied access to the PPP program to small businesses that do not have a "banking" relationship with WALLIS BANK. William Lucas was forced to open a bank account, depositing $1,000.00 with WALLIS BANK, to get Wallis Bank to consider his ministries application for a PPP loan, while employees and subcontractors continue to bury the ministries paperwork, offering one lie after another, to stonewall the ministry and other applicants who WALLIS BANK has no intention of ever funding loans for. Wallis Bank continues to lie to its American customer and refuses to comply with the statutory requirements for a PPP loan… You started this war and I give you my word to God, your Bank is not going to get away with screwing me over for the last two weeks."

49)    April 20, 2020, after receiving a cease-and-desist letter from Wallis State Bank's counsel regarding a posting titled "Wallis Bank—Minions of Satan" on JSM's website http://www.jesussurvives.com/, WILLIAM DEXTER LUCAS caused an email to be sent from legal@jesussurvives.com stating "On behalf for Pastor Bill and Deborah Lucas, please allow me to extend my most sincere apologies to your client. We have terminated the officer manager responsible for the web posting and letters. The website has been fully edited to remove all references to your images and business entity. Please let me know if there is anything else that

we may be able to do to extend are sincere apologies to your client."

### *PPP Loan Application to Allegiance Bank*

50)   April 3-4, 2020, WILLIAM DEXTER LUCAS, DEBORAH JEAN LUCAS, and BRIAN MICHAEL CORPIAN caused to be submitted through Allegiance Bank, a falsified loan application for a PPP guaranteed loan for Jesus Survives Ministries, Inc. for the stated purpose of payroll, lease payments, utilities, and miscellaneous operating expenses.

51)   April 6, 2020, WILLIAM DEXTER LUCAS, DEBORAH JEAN LUCAS, and BRIAN MICHAEL CORPIAN caused to be submitted through Allegiance Bank, a falsified loan application for a PPP guaranteed loan for Jesus Survives Ministries, Inc. for the stated purpose of payroll, lease payments, utilities, and miscellaneous operating expenses.

52)   April 6, 2020, WILLIAM DEXTER LUCAS, in the loan application to Allegiance Bank, falsely certified that Jesus Survives Ministries was in operation on February 15, 2020, and had employees for whom it paid salaries and payroll taxes or paid independent contractors, as reported on Form(s) 1099-MISC.

53)   April 6, 2020, WILLIAM DEXTER LUCAS falsely certified the information provided in the loan application Allegiance Bank and the information in the supporting documents and forms was true and accurate in all material respects.

54)    April 6, 2020, WILLIAM DEXTER LUCAS, DEBORAH JEAN LUCAS, and BRIAN MICHAEL CORPIAN caused to be submitted to Allegiance Bank in support of their PPP loan application, a letter from the IRS which had been altered to make it appear that IRS had assigned Employer Identification Number, xx-xxx4065 to Jesus Survives Ministries in 2015.

55)    April 6, 2020, WILLIAM DEXTER LUCAS, DEBORAH JEAN LUCAS, and BRIAN MICHAEL CORPIAN caused a copy of a falsified Texas Commercial Lease Agreement between CORPIAN as landlord and William LUCAS on behalf of Jesus Survives Ministries, Inc. and Deborah J. LUCAS as tenants to be submitted to Allegiance Bank in support of the PPP loan application.

56)    April 6, 2020, WILLIAM DEXTER LUCAS caused to be submitted to Allegiance Bank a copy of a falsified Department of Homeland Security Form I-9, Employment Eligibility Verification from employer Jesus Survives Ministries for WILLIAM D. LUCAS which was dated May 15, 2012.

57)    April 6, 2020, BRIAN MICHAEL CORPIAN caused to be submitted to Allegiance Bank a copy of a falsified Department of Homeland Security Form I-9, Employment Eligibility Verification from employer Jesus Survives Ministries for BRIAN M. CORPIAN which was dated May 15, 2012.

58)    April 6, 2020, DEBORAH JEAN LUCAS caused to be submitted to Allegiance Bank a copy of a falsified Department of Homeland Security Form I-9,

Employment Eligibility Verification from employer Jesus Survives Ministries for DEBORAH J. LUCAS which was dated May 12, 2012.

59)     April 6, 2020, WILLIAM DEXTER LUCAS caused to be submitted to Allegiance Bank in support of a PPP loan application, a TXU Energy bill for account xxxxxxxx3693 which had been altered to make it appear that the customer name on TXU account xxxxxxxx3693 was Jesus Survives Ministries.

60)     April 8, 2020, WILLIAM DEXTER LUCAS sent an email to Allegiance Bank threatening to sue the bank, in response to an email from Allegiance Bank indicating there were longer than normal wait times to process his request for a PPP loan.

61)     April 14, 2020, WILLIAM DEXTER LUCAS at 6:04 pm caused an email to be sent from email account twl@jesussurvives.com to Allegiance banker, B.T., asking for an update on the PPP loan application.

62)     April 14, 2020, WILLIAM DEXTER LUCAS at 10:31 pm caused an email to be sent from twl@jesussurvives.com in reply to Allegiance banker, B.T., stating "at the current rate the government funding will be exhausted by the end of this week."

63)     April 17, 2020, WILLIAM DEXTER LUCAS at 1:53 pm caused an email to be sent to Allegiance banker, B.T., stating "Sir, I recommended two different businesses to your bank. One has already been funded and the other

received notice last night that their loan has gone to funding. I have been in your que [sic] over a week longer than both of those businesses, yet I have not even been contacted yet by a loan officer? Please tell me why I should not be highly nervous? Pastor William Lucas Sr. Pastor Jesus Survives Ministries, Inc."

64)   April 17, 2020, WILLIAM DEXTER LUCAS at 2:05 pm caused an email to be sent from twl@jesussurvives.com to Allegiance banker, B.T., which included the following: "It sounds to me like your bank has been telling you some whoppers. I could explain to you why some banks are doing so, but I would rather help you by showing you home [sic] to make that bank pay for their treachery."

65)   April 17, 2020, WILLIAM DEXTER LUCAS at 2:11 pm caused an email to be sent to Allegiance banker, B.T., which stated "You want to go quiet now? Fine. This means war!"

66)   April 17, 2020, WILLIAM DEXTER LUCAS and BRIAN MICHAEL CORPIAN at 2:17 pm caused an email to be sent to Allegiance banker, B.T., stating "Why did you lie to me? Why? What did I do to you?"

67)   April 17, 2020, WILLIAM DEXTER LUCAS at 2:42 pm caused an email to be sent to Allegiance banker, B.T., which included a photograph of B.T.'s family, indicating to B.T. that he knew the names of B.T.'s wife and son.

68)   April 17, 2020, WILLIAM DEXTER LUCAS and BRIAN MICHAEL CORPIAN at 3:43 pm caused an email to be sent to Allegiance banker, B.T., stating

"I want to know why you lied to me?"

69)   April 19, 2020, WILLIAM DEXTER LUCAS, DEBORAH JEAN LUCAS and BRIAN MICHAEL CORPIAN caused falsified pay records from Jesus Survives Ministries in the names DEBORAH J. LUCAS and WILLIAM LUCAS to be submitted to Allegiance Bank in support of the PPP loan application.

70)   April 19, 2020, WILLIAM DEXTER LUCAS, DEBORAH JEAN LUCAS and BRIAN MICHAEL CORPIAN caused a falsified 2020 Employer's Quarterly Federal Tax Return Form 941 and four 2019 Employer's Quarterly Federal Tax Return Forms 941 in the name of Jesus Survives Ministries, using EIN xx-xxx4065 to be submitted to Allegiance Bank in support of the PPP loan application.

71)   April 19, 2020, WILLIAM DEXTER LUCAS, DEBORAH JEAN LUCAS and BRIAN MICHAEL CORPIAN caused to be provided to Allegiance Bank in support of a PPP loan, a falsified document titled "2019 Annual Audit Report for Jesus Survives Ministries," which purported to be authored by a CPA.

72)   April 19, 2020, WILLIAM DEXTER LUCAS, DEBORAH JEAN LUCAS and BRIAN MICHAEL CORPIAN caused to be provided to Allegiance Bank in support of a PPP loan, a falsified document which purported to be a Profit and Loss Statement for Jesus Survives Ministries.

73)   April 19, 2020, WILLIAM DEXTER LUCAS, DEBORAH JEAN

LUCAS and BRIAN MICHAEL CORPIAN caused to be provided to Allegiance Bank in support of a PPP loan, a falsified document which purported to be the General Ledger Reconciliation-Payroll for Jesus Survives Ministries showing transfers from Wells Fargo account xxxx-7379 for payroll for the 2019 calendar year.

74)    April 23, 2020, WILLIAM DEXTER LUCAS and DEBORAH JEAN LUCAS caused bank account xxxxxxxx3431 to be opened at Bank of America in the name Jesus Survives Ministries, Inc. using EIN xx-xxx4065.

75)    April 24, 2020, WILLIAM DEXTER LUCAS, DEBORAH JEAN LUCAS, and BRIAN MICHAEL CORPIAN caused a wire transfer of $50,000 to be deposited into Jesus Survives Ministries, Inc. Bank of America account xxxxxxxx3431 from the Allegiance Bank Loan Department as PPP loan funding.

76)    May 1, 2020, DEBORAH JEAN LUCAS caused a cashier's check to be purchased from Bank of America payable to Jesus Survives Ministries in the amount of $49,985.00, with funds held in account xxxxxxxx3431.

77)    May 5, 2020, WILLIAM DEXTER LUCAS made a notarized statement, that he would like to add Deborah Jean Lucas onto the business titled Jesus Survives Ministries at Woodforest National Bank account xxxxxx1596.

78)    May 5, 2020, DEBORAH JEAN LUCAS certified that she was the Secretary of Jesus Survives Ministries, Federal Employer I.D. Number xx-xxx4065.

79)    May 5, 2020, DEBORAH JEAN LUCAS opened a business checking account in the name Jesus Survives Ministries at Woodforest National Bank, account xxxxxx1596, using Tax identification Number xx-xxx4065.

80)    May 5, 2020, DEBORAH JEAN LUCAS opened a debit card, Master Card xxxxxxxxxxxxx7337, at Woodforest National Bank.

81)    May 5, 2020, DEBORAH JEAN LUCAS deposited Bank of America cashier's check 1301617369 payable to Jesus Survives Ministries Inc. in the amount of $49,985 into Jesus Survives Ministries account xxxxxx1596 at Woodforest National Bank.

82)    May 5, 2020, DEBORAH JEAN LUCAS opened a personal checking account at Woodforest National Bank, account xxxxxx5860.

83)    May 8, 2020, DEBORAH JEAN LUCAS opened a debit card, Master Card xxxxxxxxxxxx2351, at Woodforest National Bank.

84)    May 8, 2020, WILLIAM DEXTER LUCAS and DEBORAH JEAN LUCAS caused $800 to be withdrawn from Jesus Survives Ministries Woodforest National Bank business account xxxxxx1596.

85)    May 11, 2020, DEBORAH JEAN LUCAS caused $1,388 to be transferred from Jesus Survives Ministries Woodforest National Bank business account xxxxxx1596, to her personal account, xxxxxx5860, at Woodforest National Bank.

## IV.    THE EXECUTION OF THE SCHEME

### COUNT TWO
### (False Statement to a Bank, 18 U.S.C. § 1014)

A.    The Grand Jury re-alleges and incorporates by reference, as though fully set forth herein, the allegations contained in section I through section III as set out in Count One of the indictment.

B.    On or about December 12, 2018, in the Southern District of Texas, defendant, WILLIAM DEXTER LUCAS, a.k.a. Bill Lucas, knowingly made, and caused to be made false statements in support of an application to secure a loan for the purpose of purchasing a 2019 Toyota Tundra by falsely stating his income on a credit application to Ally Bank, an institution the accounts of which were then insured by the FDIC, for the purpose of influencing the action of Ally Bank upon his loan application.

In violation of Title 18, United States Code, Section 1014.

### COUNT THREE
### (False Statement to a Bank, 18 U.S.C. § 1014)

A.    The Grand Jury re-alleges and incorporates by reference, as though fully set forth herein, the allegations contained in section I through section III as set

out in Count One of the indictment.

B.    On or about December 11, 2019, in the Southern District of Texas, defendant, DEBORAH JEAN LUCAS, knowingly made, and caused to be made false statements in support of an application to secure a loan for the purpose of purchasing a 2020 Toyota Corolla by falsely stating her income on a credit application to Ally Bank, an institution the accounts of which were then insured by the FDIC, for the purpose of influencing the action of Ally Bank upon her loan application.

In violation of Title 18, United States Code, Section 1014.

## COUNTS FOUR THROUGH EIGHT
### (Wire Fraud 18 U.S.C. § 1343)

A.    The Grand Jury re-alleges and incorporates by reference, as though fully set forth herein, the allegations contained in section I through section III as set out in Count One of the indictment.

B.    On or about the dates specified as to each count below, in the Southern District of Texas and elsewhere, for the purpose of executing the above-described scheme to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises and attempting to do so, defendant, WILLIAM DEXTER LUCAS, a.k.a. Bill Lucas, aided and abetted by others known and unknown to the grand jury, did knowingly transmit and caused to be transmitted by means of wire communication in and affecting interstate commerce, the writings,



signs, signals, pictures, and sounds described below:

| COUNT | DATE | DESCRIPTION |
|:---:|:---:|:---|
| 4 | March 31, 2020 | Electronic submission of EIDL application ending in 6889, stating that JSM had gross revenues of $969,843, for twelve months prior to January 31, 2020 |
| 5 | April 2, 2020 | Electronic submission of EIDL application ending in 0012, stating that JSM had gross revenues of $969,843, for twelve months prior to January 31, 2020 |
| 6 | April 3, 2020 | Electronic submission of EIDL application ending in 3655, stating that JSM had gross revenues of $969,843, for twelve months prior to January 31, 2020 |
| 7 | April 6, 2020 | Electronic submission of EIDL application ending in 2487, stating that William Lucas earned gross revenues of $850,000, for twelve months prior to January 31, 2020 |
| 8 | April 10, 2020 | Electronic submission of EIDL application ending in 0334, stating that JSM had gross revenues of $850,000, for twelve months prior to January 31, 2020 |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNTS NINE, TEN AND ELEVEN
### (False Statement to a Bank, 18 U.S.C. § 1014)

A.     The Grand Jury re-alleges and incorporates by reference, as though fully set forth herein, the allegations contained in section I through section III as set out in Count One of the indictment.

38

B.    On or about April 6, 2020, in the Southern District of Texas and elsewhere, defendant, WILLIAM DEXTER LUCAS, a.k.a. Bill Lucas, did knowingly make a false statement for the purpose of influencing the action of Wallis Bank, an institution the accounts of which were then insured by the FDIC, in connection with the application for and funding of a Paycheck Protection Program loan to Jesus Survives Ministries, Inc. as set out below:

| COUNT | DATE | TRANSACTION DESCRIPTION |
|-------|------|-------------------------|
| 9 | April 6, 2020 | Email submission to Wallis Bank of Department of Homeland Security Forms I-9, Employment Eligibility Verifications, from employer Jesus Survives Ministries |
| 10 | April 6, 2020 | Email submission to Wallis Bank of a letter from the IRS dated 8/18/2015 which had been altered to make it appear that Jesus Survives Ministries had been assigned Employer Identification Number xx-xxx4065 |
| 11 | April 6, 2020 | Email submission to Wallis Bank of Intuit Online Payroll records and Jesus Survives Ministries Employer's Quarterly Federal Tax Return Forms 941 for quarter 1 of the 2020 tax year |

In violation of Title 18, United States Code, Section 1014.

## COUNTS TWELVE THROUGH FIFTEEN
### (False Statement to a Bank, 18 U.S.C. § 1014)

A.    The Grand Jury re-alleges and incorporates by reference, as though fully set forth herein, the allegations contained in section I through section III as set

out in Count One of the indictment.

B.    On or about the following dates, in the Southern District of Texas and elsewhere, defendants,

WILLIAM DEXTER LUCAS
a.k.a. Bill Lucas
DEBORAH JEAN LUCAS, and
BRIAN MICHAEL CORPIAN

aided and abetted by each other and others known and unknown to the grand jury, did knowingly make a false statement for the purpose of influencing the action of Allegiance Bank, an institution the accounts of which were then insured by the FDIC, in connection with the application for and funding of a Paycheck Protection Program loan to Jesus Survives Ministries, Inc. as set out below:

| COUNT | DATE | TRANSACTION DESCRIPTION |
|-------|------|-------------------------|
| 12 | April 3, 2020 | Electronic submission to Allegiance Bank of Intuit Online Payroll records from employer Jesus Survives Ministries |
| 13 | April 6, 2020 | Electronic submission to Allegiance Bank of a letter from the IRS dated 8/18/2015 which had been altered to make it appear that Jesus Survives Ministries had been assigned Employer Identification Number xx-xxx4065 |
| 14 | April 19, 2020 | Email submission to Allegiance Bank of Jesus Survives Ministries Employer's Quarterly Federal Tax Return Forms 941 for the 1st through 4th quarters of the 2019 tax year and quarter 1 of the 2020 tax year |

| 15 | April 19, 2020 | Email submission to Allegiance Bank of financials of Jesus Survives Ministries for years 2019 and 2020. |
| --- | --- | --- |
| | | |

All in violation of Title 18, United States Code, Sections 1014 and 2.

### COUNT SIXTEEN
### (Wire Fraud, 18 U.S.C. § 1343)

A.    The Grand Jury re-alleges and incorporates by reference, as though fully set forth herein, the allegations contained in section I through section III as set out in Count One of the indictment.

B.    On or about April 7, 2020, in the Southern District of Texas, for the purpose of executing the above-described scheme to defraud and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, and attempting to do so, defendant, WILLIAM DEXTER LUCAS, a.k.a. Bill Lucas, did knowingly transmit and caused to be transmitted by means of wire communication in and affecting interstate commerce, the writings, signs, signals, pictures, and sounds, by emailing from twl@jesussurvives.com to Wallis Bank's email, SBA.PPP1@WallisBank.com, with an attachment Employee Compensation Report for 12/30/2019.

In violation of Title 18, United States Code, Section 1343.

## COUNTS SEVENTEEN THROUGH TWENTY
### (Wire Fraud, 18 U.S.C. § 1343)

A.     The Grand Jury re-alleges and incorporates by reference, as though fully set forth herein, the allegations contained in section I through section III as set out in Count One of the indictment.

B.     On or about the dates listed below, in the Southern District of Texas, for the purpose of executing the above-described scheme to defraud and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, and attempting to do so, defendants,

WILLIAM DEXTER LUCAS
a.k.a. Bill Lucas
DEBORAH JEAN LUCAS, and
BRIAN MICHAEL CORPIAN

did knowingly transmit and caused to be transmitted by means of wire communication in and affecting interstate commerce, the writings, signs, signals, pictures, and sounds described below:

| COUNT | DATE | WIRE COMMUNICATION |
|-------|------|--------------------|
| 17 | April 19, 2020 | Email from twl@jesussurvives.com to Allegiance banker B.T. with attachments Intuit Payroll records and Jesus Survives Ministries Employer Quarterly Tax Return Forms 941 |

| COUNT | DATE | WIRE COMMUNICATION |
|-------|------|--------------------|
| 18 | April 19, 2020 | Email from twl@jesussurvives.com to Allegiance banker B.T. with attachments of the Jesus Survives Ministries Articles of Incorporation, a Certificate of Filing of Jesus Survives Ministries with the Texas Secretary of State, and a Certificate of Filing of Jesus Survives Ministries Assumed Name with the Texas Secretary of State |
| 19 | April 19, 2020 | Email from twl@jesussurvives.com to Allegiance banker B.T. with attachments 2019 Annual Audit Report for Jesus Survives Ministries; Profit and Loss Statement; General Ledger Reconciliation – Main Financial Account; General Ledger Reconciliation – Credit Card Donations; General Ledger Reconciliation – Cash Donations; General Ledger Reconciliation – Wedding Services Revenue; General Ledger Reconciliation – Funeral Services Revenue; General Ledger Reconciliation – Pastoral Services; General Ledger Reconciliation – God's Mercy; General Ledger Reconciliation – Web Marketing & Development Costs; General Ledger Reconciliation – Payroll; General Ledger Reconciliation – Reconciliation; General Ledger Reconciliation – Accrual Account; Letter from CPA regarding Internal Audit for Fiscal Year 2019. |
| 20 | April 24, 2020 | Wire transfer of $50,000 in loan proceeds from Allegiance Bank to Bank of America account xxxxxxxx3431 |

In violation of 18, United States Code, Section 1343.

### COUNT TWENTY-ONE
### (Money Laundering, 18 U.S.C. § 1957)

A.    The Grand Jury re-alleges and incorporates by reference, as though fully set forth herein, the allegations contained in section I through section III as set out in Count One of the indictment.

B.    On or about May 5, 2020, in the Southern District of Texas and elsewhere, defendants,

WILLIAM DEXTER LUCAS,
a.k.a. Bill Lucas, and
DEBORAH JEAN LUCAS

did knowingly engage in a monetary transaction, and did aid and abet in engaging in a monetary transaction, in criminally derived property of a value greater than $10,000, and which in fact was derived from specified unlawful activity, namely, the defendants deposited and aided and abetted in the deposit of the sum of $49,985 in currency into an account at Woodforest National Bank, which funds were in fact were derived from the false statement to a bank and wire fraud.

In violation of 18 United States Code, Sections 1957 and 2.

### COUNTS TWENTY-TWO THROUGH TWENTY-FOUR
### (False Statements to the Federal Trade Commission, 18 U.S.C. § 1001)

A.    The Grand Jury re-alleges and incorporates by reference, as though fully set forth herein, the allegations contained in section I through section III as set out in Count One of the indictment.

B.     On or about the dates set forth below, in the Southern District of Texas and elsewhere, defendant, WILLIAM DEXTER LUCAS, a.k.a. Bill Lucas, willfully and knowingly made and used false writings and documents, knowing the same to contain a materially false, fictitious, and fraudulent statement and entry in a matter within the jurisdiction of the executive branch of the Government of the United States, by submitting reports falsely claiming identity theft to the Federal Trade Commission for debts incurred, well knowing and believing that the debts had been incurred by the defendant:

| COUNT | DATE | TRANSACTION DESCRIPTION |
|---|---|---|
| 22 | February 20, 2020 | Identity theft report, with reference number ending in 5182 |
| 23 | March 3, 2020 | Identity theft report, with reference number ending in 7606 |
| 24 | May 15, 2020 | Identity theft report, with reference number ending in 6004 |

All in violation of 18, United States Code, Section 1001.

## COUNT TWENTY-FIVE
### (Alteration and Falsification of Records in Federal Investigation, 18 U.S.C. § 1519)

A.     The Grand Jury re-alleges and incorporates by reference, as though fully set forth herein, the allegations contained in section I through section III as set out in Count One of the indictment.

45

B.     On or about August 18, 2020, in the Southern District of Texas and elsewhere, the defendant, WILLIAM DEXTER LUCAS, a.k.a. Bill Lucas, did knowingly falsify or make false entry, and cause to be falsified and made false entry, a document, to wit: an affidavit dated August 18, 2020, signed by Brian Corpian, with the intent to impede, obstruct, and influence an investigation conducted by agencies of the United States, including Department of Homeland Security, Treasury Inspector General, FDIC Inspector General, and Small Business Administration.

In violation of Title 18, United States Code, § 1519.

## COUNT TWENTY-SIX
### (Tampering with a witness, victim, or an informant, 18 U.S.C. § 1512(c)(2))

A.     The Grand Jury re-alleges and incorporates by reference, as though fully set forth herein, the allegations contained in section I through section III as set out in Count One of the indictment.

B.     On or about August 6, 2021, in the Southern District of Texas and elsewhere, the defendant, WILLIAM DEXTER LUCAS, a.k.a. Bill Lucas, did unlawfully, knowingly and corruptly attempt to obstruct and influence an official proceeding, that is, the case of *United States v. William Dexter Lucas, Deborah Jean Lucas, and Brian Corpian,* Criminal No. 4:20-cr-452, then pending in the United States District Court for the Southern District of Texas, Houston Division,

by causing a materially false affidavit, dated August 18, 2020, and signed by Brian

Corpian, to be filed in court documents.

In violation of Title 18, United States Code, § 1512(c)(2).

## COUNT TWENTY-SEVEN
## (Tampering with a witness, victim, or an informant, 18 U.S.C. § 1512(c)(2))

A.    The Grand Jury re-alleges and incorporates by reference, as though

fully set forth herein, the allegations contained in section I through section III as set

out in Count One of the indictment.

B.    On or about July 26, 2021, in the Southern District of Texas and

elsewhere, the defendant, WILLIAM DEXTER LUCAS, a.k.a. Bill Lucas, did

unlawfully, knowingly and corruptly attempt to obstruct and influence an official

proceeding, that is, the case of *United States v. William Dexter Lucas, Deborah

Jean Lucas, and Brian Corpian,* Criminal No. 4:20-cr-452, then pending in the

United States District Court for the Southern District of Texas, Houston Division,

by causing a materially false affidavit, dated July 21, 2021, and signed by Brian

Corpian, to be filed in court documents.

In violation of Title 18, United States Code, § 1512(c)(2).

## COUNT TWENTY-EIGHT
## (Tampering with a witness, victim, or an informant,
## 18 U.S.C. §§ 1512(b)(1); 1512(b)(2)(D); and 2)

On or about the month of August 2021, in the Southern District of Texas

and elsewhere, the Defendants,

WILLIAM DEXTER LUCAS,
a.k.a. Bill Lucas, and
DEBORAH JEAN LUCAS

did attempt to corruptly persuade another person, and engaged in misleading conduct toward another person, that is, Brian Corpian, with intent to influence, delay, and prevent the testimony of Brian Corpian, in an official proceeding; and to cause and induce Brian Corpian to be absent from an official proceeding to which such person had been summoned by legal process, that is, in *United States v. William Dexter Lucas, Deborah Jean Lucas, and Brian Corpian*, Criminal No. 4:20-cr-452, pending in the United States District Court for the Southern District of Texas.

In violation of Title 18, United States Code, §§ 1512(b)(1); 1512(b)(2)(D); and 2.

## NOTICE OF CRIMINAL FORFEITURE
### (18 U.S.C. §981(a)(1)(C); 28 U.S.C. §2461(c))

Pursuant to Title 18, United States Code, Section 981(a)(1)(C), the United States gives notice to Defendants

WILLIAM DEXTER LUCAS
a.k.a. Bill Lucas
DEBORAH JEAN LUCAS
BRIAN MICHAEL CORPIAN

that upon conviction a violation of 18 U.S.C. §1014, 1349, or 1343, the United States will seek forfeiture of all property, real or personal, which constitutes or is derived

from proceeds traceable to such offenses.

## NOTICE OF CRIMINAL FORFEITURE
### (18 U.S.C. §982(a)(2))

Pursuant to Title 18, United States Code, Section 982(a)(1), the United States gives notice to Defendants,

**WILLIAM DEXTER LUCAS,**
a.ka. Bill Lucas, and
**DEBORAH JEAN LUCAS**

that upon conviction of a violation of 18 U.S.C. §1957, the United States will seek forfeiture of all property, real or personal, involved in the money laundering offense or traceable to such property.

## Property Subject to Forfeiture

The property subject to forfeiture includes, but is not limited to, the following:

1. $46,285.22 seized on or about May 19, 2020, from a Woodforest National Bank account with an account number ending in 1596, held in the name of Jesus Survives Ministries.

2. $392.24 seized on or about May 19, 2020, from a Woodforest National Bank account with an account number ending in 5860, held in the name of Deborah Jean Lucas.

## Money Judgment and Substitute Assets

The United States gives notice that it will seek a money judgment against each Defendant. In the event that one or more conditions listed in Title 21, United States

Code, Section 853(p) exist, the United States will seek to forfeit any other property of each Defendant up to the amount of the money judgment.

A TRUE BILL:

**Original Signature on File**

FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

By:  Zahra Jivani Fenelon